IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL VANSCHAICK & | : | CIVIL ACTION |
| LAUREN VANSCHAICK | : | |
| | : | |
| v. | : | |
| | : | |
| STATE FARM FIRE AND CASUALTY | : | |
| COMPANY | : | NO. 25-1354 |

# ORDER

**AND NOW**, this 24th day of July, 2025, upon consideration of Defendant State Farm Fire and Casualty Company's Motion to Dismiss (Docket No. 9) and Plaintiffs' Response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

(1) The Motion is **GRANTED** with respect to the demand for attorney's fees in connection with Count I, and Count I's demand for attorney's fees is **DISMISSED**. The demand for attorney's fees in connection with Count II will proceed.

(2) The Motion is **DENIED** in all other respects.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.